ALBANY,
October, 1824.

Ex parte
Kellogg.

*Ex parte* KELLOGG.

Though on appeal, pursuant to the statute, (*sess.* 47, *ch* 238, *s.* 36, 37) the justice do not file his return till after the first day of the term of the common pleas next after the appeal; they ought not to quash the return, but proceed thereon when the return comes in.

The fact, that the costs were paid to the justice, need not be endorsed on the appeal bond.

KELLOGG sued *Griffin* before a Justice of the Peace of *Herkimer* county, and on the 25*th August*, 1824, the Justice rendered judgment for the plaintiff, of $7,59, from which the defendant appealed, *September* 4*th*, pursuant to the act of *April* 12*th*, 1824, (*sess.* 47, *ch.* 238, *s.* 36, 37) to the next Court of Common Pleas of *Herkimer* ; but it was not endorsed upon the bond given on such appeal, that the costs of the proceedings in the Court below had been paid by the appellant ; and the Justice, moreover, omitted to file the return, till after the first day of the then next term of the Common Pleas ; for which reasons a motion was made there to quash the return, but denied ; and now,

*B. D. Noxon*, moved for a mandamus commanding them to do this ; but,

*Per Curiam.*   The statute is merely directory.   True, if the Justice does not return on or before the first day of the next term after the appeal, it is an omission of duty ; but the party is not to suffer by this. If filed at any time afterwards, he may proceed in his appeal.   The statute does not require that the payment of costs should be endorsed upon the bond. If, in fact, paid, this is enough ; and the contrary is not pretended.

Motion denied.